In the Matter of the Claim of THOMAS ROSE, Respondent, against REX CONCRETE CONSTRUCTION COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The appeal involves the wage rate fixed by the award. Claimant sustained a spinal injury causing permanent partial disability and his wage earning capacity was reduced fifty per cent. Prior to the accident he was earning sixty dollars per week. The Board found that at the time of injury his average weekly wage was in excess of thirty-seven dollars and fifty cents, and awarded compensation at the rate of twenty dollars per week, the maximum amount permitted by subdivision 6 of section 15 of the Workmen's Compensation Law. Award unanimously affirmed, with costs to the Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ALEXANDER LE PAGE, Respondent, against LEEWOOD GOLF CLUB, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The claimant was a golf caddy upon the grounds of the Leewood Golf Club, Inc. He was injured by climbing a tree while waiting to be called. He was not paid anything by the golf club but was paid by the members who employed him. He had not been employed on that day. He had never climbed a tree before. Reference is made to the case of *Matter of Meyer* v. *North Hills Golf Club* (238 App. Div. 752). In such case the golf caddy was injured while caddying for one of the members by being struck by a ball. That case differs from the present case, because at the time of the accident in the *Meyer* case the caddy was pursuing his calling in the regular way upon the golf course. Claimant here had not been engaged in his employment. He had not been called by a member. He was doing something for his own amusement. The accident did not arise out of or in the course of his employment. Award reversed and claim dismissed, with costs against the State Industrial Board. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.